### CLEVE EVANS *v.* STATE.

(In Banc. Dec. 10, 1923.).

[98 South. 65. No. 23555.]

(No syllabus).

APPEAL from the circuit court of Lee county.
HON. C. P. LONG, Judge.

SMITH, C. J., delivered the opinion of the court.

The rulings of the court below complained of present no reversible error, if error at all, and the majority of the court is of the opinion that the evidence is sufficient to support the verdict, from which last conclusion Judges HOLDEN and SYKES dissent, they being of the opinion that the evidence is not sufficient therefor.

*Affirmed.*

HOLDEN and SYKES, JJ., dissent.